## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | |
|---|---|
| Alyssa Chojnacki as Personal Representative of the Estate of Thomas Chojnacki; and Alyssa Chojnacki on behalf of all the heirs of Thomas Chojnacki, <br><br> Plaintiffs, <br><br> vs. <br><br> Mountrail-Williams Electric Cooperative, a North Dakota Co-operative, <br><br> Defendant, Third Party Plaintiff, <br><br> vs. <br><br> Aevenia Inc., a Minnesota Corporation, <br><br> Third Party Defendant. | **ORDER OF DISMISSAL** <br><br><br><br><br> Case No. 4:11-cv-045 |

On January 2, 2013, the parties filed a Stipulation of Dismissal. The court **ADOPTS** the parties' stipulation (Docket No. 37) and **ORDERS** that all claims and causes of any party are dismissed with prejudice and without costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 3rd day of January, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court